[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  18-11043
Non-Argument Calendar
_____

D.C. Docket No. 4:17-cr-00091-LGW-GRS-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CEDRIC AUSTIN,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(November 21, 2018)

Before WILLIAM PRYOR, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in

Appellant's plea agreement is GRANTED.  *See United States v. Bushert*, 997 F.2d 1343, 1350-

51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and

voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of

the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).

**MOTION TO DISMISS GRANTED.**